# EXHIBIT A

# Demand Letter



Santos Vargas
*svargas@dslawpc.com*

February 6, 2019

Superior Silica Sands LLC
3014 LCR 704
Kosse, Texas 76653

*Via CMRRR: 7018 2290 0001 0422 0345*

Superior Silica Sands LLC
OK Best Mine Site
13479 East 690th Rd.
Dover, OK 73734

*Via CMRRR: 7018 2290 0001 0422 0352*

Re:    Claims of Pownall Services for unpaid billings by Superior Silica Sands LLC in connection with its facility located at 3014 LCR 704, Kosse, TX 76653 and its facility at OK Best Mine Site, 13479 East 690th Rd., Dover, OK 73734.

To Whom It May Concern:

This is to provide you with the required notice, in accordance with sections 53.051 and 53.052 of the Texas Property Code, and 42 O.S.2011 section 141, that Pownall Services ("**Claimant**") is owed for its billings to Superior Silica Sands LLC ("**Superior Silica**") for the labor and materials that Claimant provided in connection with Superior Silica's facilities located at 3014 LCR 704, Kosse, TX 76653 (the "**Texas Project**") and at OK Best Mine Site, 13479 East 690th Rd., Dover, OK 73734 (the "**Oklahoma Project**").

Claimant furnished labor and materials in connection with the Texas Project between September of 2018 and January of 2019. On or about the dates listed below, Claimant sent Superior Silica invoices seeking payment for such labor and materials in the amounts identified below:

- September 25, 2018, Invoice # 11710, for $14,211.17;
- October 10, 2018, Invoice #11712, for $3,818.41;
- October 10, 2018, Invoice #11713, for $31,347.82;
- October 10, 2018, Invoice #11714, for $6,343.49;
- October 10, 2018, Invoice #11715, for $11,221.20;
- October 10, 2018, Invoice #11716, for $130,017.00;
- October 10, 2018, Invoice #11719, for $6,062.00;
- November 2, 2018, Invoice #11729, for $1,950.00;
- January 11, 2019, Invoice #1009, for $25,097.50;

- January 11, 2019, Invoice #1010, for $24,430.00;
- January 11, 2019, Invoice #1011, for $27,130.00;
- January 11, 2019, Invoice #1012, for $24,685.00;
- January 11, 2019, Invoice #1013, for $18,065.00;
- January 11, 2019, Invoice #1014, for $25,570.00;
- January 22, 2019, Invoice #1015, for $15,473.62;
- January 22, 2019, Invoice #1016, for $11,293.50;
- January 22, 2019, Invoice #1017, for $395.28;
- January 23, 2019, Invoice #1018, for $8,323.31;
- January 23, 2019, Invoice #1023, for $2,726.77;
- January 23, 2019, Invoice #1024, for $3,187.16.

*See* Exhibit A. The total amount billed through the above invoices is $391,348.23. Claimant has not received any payments on these invoices from Superior Silica.

Claimant also furnished labor and materials in connection with the Oklahoma Project in December of 2018. On or about the dates listed below, Claimant sent Superior Silica invoices seeking payment for such labor and materials, in the amounts identified below:

- December 8, 2018, Invoice #11737, for $450,572.50;
- December 10, 2018, Invoice #11738, for $61,170.34;
- January 22, 2019, Invoice #1019, for $124,213.95;
- January 22, 2019, Invoice #1020, for $25,243.78;
- January 23, 2019, Invoice #1021, for $22,210.63;
- January 23, 2019, Invoice #1022, for $444,742.20.

*See* Exhibit B. The total amount billed through the above invoices is $1,128,153.4. Claimant has not received any payments on these invoices from Superior Silica.

In addition, Claimant previously sent Invoice #11687R to Superior Silica, which sought payment of $3,362,000 for labor and materials for the Oklahoma Project. Claimant received payment on Invoice #11687R for $3,322,765.25, which was $232,549.75 less than the total amount on the invoice. On February 1, 2019, Claimant sent an additional invoice – Invoice #11687R4 – seeking payment for the $232,549.75 that Superior Silica has not yet paid.

Finally, on February 5, 2019, Claimant sent Invoice #1025 to Superior Silica, which sought payment of $149,404.93 for freight costs associated with materials and equipment provided on the Oklahoma Project. Claimant has not received any payments on this invoice from Superior Silica.

If Superior Silica does not pay or otherwise settle the above-referenced claims by Wednesday, February 13, 2019, Claimant will seek to impose a lien on Superior Silica's properties in Texas and Oklahoma in connection with some of the unpaid billings.

Please note that Claimant just recently provided Superior Silica with invoices for freight costs associated with materials and equipment for the above-referenced projects. This letter does not address such invoices.

This letter is neither a full nor a final recitation of all of Claimant's rights and remedies with respect to the matters addressed herein, and such rights and remedies are expressly reserved.

Should you have any questions, please do not hesitate to contact me.

Sincerely yours,

Santos Vargas

SV:klm

cc:

Rick Shearer                          *Via E-mail: rick@sssand.com*
President & CEO
Superior Silica Sands LLC
5600 Clearfork Main, Ste 400
Fort Worth, Texas 76109

Bryan Miles                           *Via E-mail: bmiles@sssand.com*
Superior Silica Sands LLC
5600 Clearfork Main, Ste 400
Fort Worth, Texas 76109

Katie Mize                            *Via E-mail: kmize@sssand.com*
Superior Silica Sands LLC
5600 Clearfork Main, Ste 400
Fort Worth, Texas 76109

# Exhibit A



## Invoice #11710

**TO:** Superior Silica Sands
3014 LCR 704
Kosse, TX 76653

September 25, 2018

| Location | PO Number | Terms | Due Date |
|---|---|---|---|
| Dry Plant-Kosse | | Net 30 | October 25,2018 |

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| | | | |
| | Air Dryer | 12,907.20 | 12,907.20 |
| | | | |
| | **Sub-Total:** | | $12,907.20 |

| | | | |
|---|---|---|---|
| Please note that overdue invoices are subject to finance charges. | | Amount: | $12,907.20 |
| **Submit Mailed Payments to:** | | Sales Tax: | $1,064.85 |
| **Pownall Services** | | | |
| **PO Box 312** | | Freight | $239.12 |
| **Round Top, TX 78954** | | | |
| | | **TOTAL:** | **$14,211.17** |



Invoice #11712

**TO:** Superior Silica Sands
3014 LCR 704
Kosse, TX 76653

October 9, 2018

| Location | PO Number | Terms | Due Date |
|---|---|---|---|
| Scale House- Kosse | | Net 30 | November 9, 2018 |

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| | Scale House | 3,469.20 | 3,469.20 |
| | **Sub-Total:** | | $3,469.20 |

| | | |
|---|---|---|
| Please note that overdue invoices are subject to finance charges. | Amount: | $3,469.20 |
| **Submit Mailed Payments to:** | Sales Tax: | $286.21 |
| **Pownall Services** | | |
| **PO Box 312** | Freight | $63.00 |
| **Round Top, TX 78954** | | |
| | **TOTAL:** | **$3,818.41** |



## Invoice #11713

**TO:** Superior Silica Sands
3014 LCR 704
Kosse, TX 76653

October 9, 2018

| Location | PO Number | Terms | Due Date |
|---|---|---|---|
| Dry Plant- Kosse | | Net 30 | November 9, 2018 |

| | | Description | Unit Price | Total |
|---|---|---|---|---|
| | | | | |
| | | Build Guards, Duct Work, and Knock-out Box | | |
| | | Materials | 7,640.25 | 7,640.25 |
| | | Labor | | 17,827.25 |
| | 35 | Per Diem | 150.00 | 5,250.00 |
| | | | | |
| | | **Sub-Total:** | | $30,717.50 |

| | | |
|---|---|---|
| Please note that overdue invoices are subject to finance charges. | Amount: | $30,717.50 |
| <u>Submit Mailed Payments to:</u> **Pownall Services** **PO Box 312** **Round Top, TX 78954** | Sales Tax: | $630.32 |
| | Freight | $n/a |
| | **TOTAL:** | **$31,347.82** |



**Invoice** #11714

**TO:** Superior Silica Sands
3014 LCR 704
Kosse, TX 76653

October 9, 2018

| Location | PO Number | Terms | Due Date |
|---|---|---|---|
| Dry Plant- Kosse | | Net 30 | November 9, 2018 |

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| | Build Gas Line- | | |
| | Materials | 2,617.54 | 2,617.54 |
| | Labor | | 3,060.00 |
| 3 | Per Diem | 150.00 | 450.00 |
| | **Sub-Total:** | | $6,127.54 |

| | | |
|---|---|---|
| Please note that overdue invoices are subject to finance charges. | Amount: | $6,127.54 |
| **Submit Mailed Payments to:** | Sales Tax: | $215.95 |
| **Pownall Services** | Freight | $n/a |
| **PO Box 312** | | |
| **Round Top, TX 78954** | **TOTAL:** | **$6,343.49** |

www.pownallservices.com   harry@pownallservices.com
832-250-2746 (Mobile)  281-813-2105 (Office)
PO Box 312. Round Top, TX 78954



# Invoice #11715

**TO:** Superior Silica Sands
3014 LCR 704
Kosse, TX 76653

October 9, 2018

| Location | PO Number | Terms | Due Date |
|---|---|---|---|
| Wet Plant- Kosse | | Net 30 | November 9, 2018 |

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| | Sump Tank: | | |
| | Materials | 5,765.54 | 5,765.54 |
| | Labor | | 4,080.00 |
| 6 | Per Diem | 150.00 | 900.00 |
| | **Sub-Total:** | | $10,745.54 |

| | | |
|---|---|---|
| Please note that overdue invoices are subject to finance charges. | Amount: | $10,745.54 |
| **Submit Mailed Payments to:**<br>**Pownall Services**<br>**PO Box 312**<br>**Round Top, TX 78954** | Sales Tax: | $475.66 |
| | Freight | $n/a |
| | **TOTAL:** | **$11,221.20** |



## Invoice #11716

**TO:** Superior Silica Sands
3014 LCR 704
Kosse, TX 76653

October 9, 2018

| Location | PO Number | Terms | Due Date |
|---|---|---|---|
| Dry Plant- Kosse | | Net 30 | November 9, 2018 |

| | Description | Unit Price | Total |
|---|---|---|---|
| | Baghouse Installation: Labor for Baghouse, Cyclone, Ductwork, Knockout Box, Conveyors | 122,517.00 | 122,517.00 |
| 50 | Per Diem | 150.00 | 7,500.00 |
| | | | |
| | **Sub-Total:** | | $130,017.00 |

| Please note that overdue invoices are subject to finance charges. | Amount: | $130,017.00 |
|---|---|---|
| Submit Mailed Payments to:<br>**Pownall Services**<br>**PO Box 312**<br>**Round Top, TX 78954** | Sales Tax: | $n/a |
| | Freight | $n/a |
| | **TOTAL:** | **$130,017.00** |



# Invoice #11719

**TO:** Superior Silica Sands
3014 LCR 704
Kosse, TX 76653

October 9, 2018

| Location | PO Number | Terms | Due Date |
|---|---|---|---|
| Kosse | | Net 30 | November 9, 2018 |

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| | | | |
| 1 | 40' Conex Box | 5,600.00 | 5,600.00 |
| | | | |
| | **Sub-Total:** | | $5,600.00 |

| | | |
|---|---|---|
| Please note that overdue invoices are subject to finance charges. | Amount: | $5,600.00 |
| <u>Submit Mailed Payments to:</u> | Sales Tax: | $462.00 |
| **Pownall Services** | Freight | $n/a |
| **PO Box 312** | | |
| **Round Top, TX 78954** | **TOTAL:** | **$6,062.00** |



# Invoice #11729

**TO:** Superior Silica Sands
3014 LCR 704
Kosse, TX 76653

October 9, 2018

| Location | PO Number | Terms | Due Date |
|---|---|---|---|
|  |  | Net 30 | Due Upon Receipt |

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
|  | Sump and Pump Freight Charge |  | 1,950.00 |
|  |  |  |  |
|  | **Sub-Total:** |  | $1,950.00 |

| Please note that overdue invoices are subject to finance charges. | Amount: | $1,950.00 |
|---|---|---|
| **Submit Mailed Payments to:**<br>**Pownall Services**<br>**PO Box 312**<br>**Round Top, TX 78954** | Sales Tax: | $n/a |
|  | Freight | $n/a |
|  | **TOTAL:** | **$1,950.00** |

**Pownall Services LLC**
PO Box 312
Round Top, TX  78954
melissa@pownallservices.com

# Invoice

**BILL TO**
Superior Silica Sands LLC
3014 Lcr 704
Kosse, TX  766533863 USA

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1009 | 01/11/2019 | $25,097.50 | 02/10/2019 | Net 30 | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 01/11/2019 | | Work Week of 11/12-18/2018 | | | |
| 01/11/2019 | **Rig Welder** | Kosse | 70 | 85.00 | 5,950.00 |
| 01/11/2019 | **Rig Welder** | Kosse | 74 | 85.00 | 6,290.00 |
| 01/11/2019 | **Single Hand** | Kosse | 6.50 | 65.00 | 422.50 |
| 01/11/2019 | **Single Hand** | Kosse | 74 | 65.00 | 4,810.00 |
| 01/11/2019 | **Single Hand** | Kosse | 55 | 65.00 | 3,575.00 |
| 01/11/2019 | **Per Diem** | | 27 | 150.00 | 4,050.00 |

Please note that overdue invoices are subject to finance charges.

**BALANCE DUE**          **$25,097.50**

**Pownall Services LLC**
PO Box 312
Round Top, TX  78954
melissa@pownallservices.com

**Invoice**



**BILL TO**
Superior Silica Sands LLC
3014 Lcr 704
Kosse, TX  766533863 USA

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1010 | 01/11/2019 | $24,430.00 | 02/10/2019 | Net 30 | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 01/11/2019 | | Work Week of 11/19-25/2018 | | | |
| 01/11/2019 | **Rig Welder** | Kosse | 75 | 85.00 | 6,375.00 |
| 01/11/2019 | **Rig Welder** | Kosse | 61 | 85.00 | 5,185.00 |
| 01/11/2019 | **Single Hand** | Kosse | 63.50 | 65.00 | 4,127.50 |
| 01/11/2019 | **Single Hand** | Kosse | 74.50 | 65.00 | 4,842.50 |
| 01/11/2019 | **Per Diem** | | 26 | 150.00 | 3,900.00 |

Please note that overdue invoices are subject to finance charges.

**BALANCE DUE**  **$24,430.00**

Submit Mailed Payments to:
Pownall Services
PO Box 312
Round Top, TX 78954

**Pownall Services LLC**
PO Box 312
Round Top, TX  78954
melissa@pownallservices.com

**Invoice**

**BILL TO**
Superior Silica Sands LLC
3014 Lcr 704
Kosse, TX  766533863 USA

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1011 | 01/11/2019 | $27,130.00 | 02/10/2019 | Net 30 | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 01/11/2019 | | Work Week of 12/10-16/2018 | | | |
| 01/11/2019 | **Rig Welder** | Kosse | 75 | 85.00 | 6,375.00 |
| 01/11/2019 | **Rig Welder** | Kosse | 77 | 85.00 | 6,545.00 |
| 01/11/2019 | **Single Hand** | Kosse | 77 | 65.00 | 5,005.00 |
| 01/11/2019 | **Single Hand** | Kosse | 77 | 65.00 | 5,005.00 |
| 01/11/2019 | **Per Diem** | | 28 | 150.00 | 4,200.00 |

Please note that overdue invoices are subject to finance charges.

BALANCE DUE          **$27,130.00**

Submit Mailed Payments to:
Pownall Services
PO Box 312
Round Top, TX 78954

**Pownall Services LLC**
PO Box 312
Round Top, TX  78954
melissa@pownallservices.com

# Invoice



**BILL TO**
Superior Silica Sands LLC
3014 Lcr 704
Kosse, TX  766533863 USA

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1012 | 01/11/2019 | $24,685.00 | 02/10/2019 | Net 30 | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 01/11/2019 | | Work Week of 12/17-23/2018 | | | |
| 01/11/2019 | **Rig Welder** | Kosse | 58.50 | 85.00 | 4,972.50 |
| 01/11/2019 | **Rig Welder** | Kosse | 58.50 | 85.00 | 4,972.50 |
| 01/11/2019 | **Rig Welder** | Kosse | 37 | 85.00 | 3,145.00 |
| 01/11/2019 | **Single Hand** | Kosse | 36 | 65.00 | 2,340.00 |
| 01/11/2019 | **Single Hand** | Kosse | 45 | 65.00 | 2,925.00 |
| 01/11/2019 | **Single Hand** | Kosse | 42 | 65.00 | 2,730.00 |
| 01/11/2019 | **Per Diem** | Per Diem for 6 Men | 24 | 150.00 | 3,600.00 |

Please note that overdue invoices are subject to finance charges.

BALANCE DUE          **$24,685.00**

Submit Mailed Payments to:
Pownall Services
PO Box 312
Round Top, TX 78954

**Pownall Services LLC**
PO Box 312
Round Top, TX 78954
melissa@pownallservices.com

# Invoice



**BILL TO**
Superior Silica Sands LLC
3014 Lcr 704
Kosse, TX 766533863 USA

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1013 | 01/11/2019 | $18,065.00 | 02/10/2019 | Net 30 | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 01/11/2019 | | Work Week of 10/29-11/4/2018 | | | |
| 01/11/2019 | **Rig Welder** | Kosse | 56 | 85.00 | 4,760.00 |
| 01/11/2019 | **Rig Welder** | Kosse | 45 | 85.00 | 3,825.00 |
| 01/11/2019 | **Single Hand** | Kosse | 46 | 65.00 | 2,990.00 |
| 01/11/2019 | **Single Hand** | Kosse | 56 | 65.00 | 3,640.00 |
| 01/11/2019 | **Per Diem** | | 19 | 150.00 | 2,850.00 |

Please note that overdue invoices are subject to finance charges.

**BALANCE DUE**  **$18,065.00**

Submit Mailed Payments to:
Pownall Services
PO Box 312
Round Top, TX 78954

**Pownall Services LLC**
PO Box 312
Round Top, TX 78954
melissa@pownallservices.com

**Invoice**

**BILL TO**
Superior Silica Sands LLC
3014 Lcr 704
Kosse, TX 766533863 USA

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1014 | 01/11/2019 | $25,570.00 | 02/10/2019 | Net 30 | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 01/11/2019 | | Work Week of 11/5-11/2018 | | | |
| 01/11/2019 | **Rig Welder** | Kosse | 77 | 85.00 | 6,545.00 |
| 01/11/2019 | **Rig Welder** | Kosse | 77 | 85.00 | 6,545.00 |
| 01/11/2019 | **Single Hand** | Kosse | 55 | 65.00 | 3,575.00 |
| 01/11/2019 | **Single Hand** | Kosse | 77 | 65.00 | 5,005.00 |
| 01/11/2019 | **Per Diem** | | 26 | 150.00 | 3,900.00 |

Please note that overdue invoices are subject to finance charges.

**BALANCE DUE**     **$25,570.00**

Submit Mailed Payments to:
Pownall Services
PO Box 312
Round Top, TX 78954

**Pownall Services LLC**
PO Box 312
Round Top, TX  78954
melissa@pownallservices.com

# Invoice

**BILL TO**
Superior Silica Sands LLC
3014 Lcr 704
Kosse, TX  766533863 USA

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1015 | 01/22/2019 | $15,473.62 | 02/06/2019 | Net 15 | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 01/22/2019 | **Part** | Air Compressor Heads | 2 | 6,875.00 | 13,750.00T |
| 01/22/2019 | **Part** | Compressor Oil | 1 | 250.57 | 250.57T |
| 01/22/2019 | **Freight** | Freight | 1 | 318.00 | 318.00 |

Please note that overdue invoices are subject to finance charges.

| | |
|---|---|
| SUBTOTAL | 14,318.57 |
| TAX | 1,155.05 |
| TOTAL | 15,473.62 |
| BALANCE DUE | **$15,473.62** |

Submit Mailed Payments to:
Pownall Services
PO Box 312
Round Top, TX 78954

**Pownall Services LLC**
PO Box 312
Round Top, TX  78954
melissa@pownallservices.com

# Invoice

**BILL TO**
Superior Silica Sands LLC
3014 Lcr 704
Kosse, TX  766533863 USA

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1016 | 01/22/2019 | $11,293.50 | 02/21/2019 | Net 30 | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 01/22/2019 | **Part** | Cyclone | 1 | 9,800.00 | 9,800.00T |
| 01/22/2019 | **Freight** | Freight | 1 | 685.00 | 685.00 |

Please note that overdue invoices are subject to finance charges.

| | |
|---|---|
| SUBTOTAL | 10,485.00 |
| TAX | 808.50 |
| TOTAL | 11,293.50 |
| BALANCE DUE | **$11,293.50** |

**Pownall Services LLC**
PO Box 312
Round Top, TX  78954
melissa@pownallservices.com

**Invoice**



**BILL TO**
Superior Silica Sands LLC
3014 Lcr 704
Kosse, TX  766533863 USA

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1017 | 01/22/2019 | $395.28 | 02/06/2019 | Net 15 | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 01/22/2019 | **Part** | Thermomcouplers | 1 | 270.00 | 270.00T |
| 01/22/2019 | **Freight** | Freight | 1 | 103.00 | 103.00 |

Please note that overdue invoices are subject to finance charges.

| | |
|---|---|
| SUBTOTAL | 373.00 |
| TAX | 22.28 |
| TOTAL | 395.28 |
| BALANCE DUE | **$395.28** |

Submit Mailed Payments to:
Pownall Services
PO Box 312
Round Top, TX 78954

**Pownall Services LLC**
PO Box 312
Round Top, TX 78954
melissa@pownallservices.com

**Invoice**

**POWNALL SERVICES.**

**BILL TO**
Superior Silica Sands LLC
3014 Lcr 704
Kosse, TX 766533863 USA

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1018 | 01/22/2019 | $8,323.31 | 02/06/2019 | Net 15 | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 01/22/2019 | **Part** | Packing Pump | 1 | 6,925.00 | 6,925.00T |
| 01/22/2019 | **Freight** | Freight | 1 | 827.00 | 827.00 |

Please note that overdue invoices are subject to finance charges.

| | |
|---|---|
| SUBTOTAL | 7,752.00 |
| TAX | 571.31 |
| TOTAL | 8,323.31 |
| BALANCE DUE | **$8,323.31** |

Submit Mailed Payments to:
Pownall Services
PO Box 312
Round Top, TX 78954

**Pownall Services LLC**
PO Box 312
Round Top, TX  78954
melissa@pownallservices.com

**Invoice**

**Pownall SERVICES.**

**BILL TO**
Superior Silica Sands LLC
3014 Lcr 704
Kosse, TX  766533863 USA

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1023 | 01/23/2019 | $2,726.77 | 02/07/2019 | Net 15 | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 01/23/2019 | | Gear Box for Wet Plant | | 2,340.70 | 2,340.70T |
| 01/23/2019 | | Freight | | 192.96 | 192.96 |

Please note that overdue invoices are subject to finance charges.

| | |
|---|---|
| SUBTOTAL | 2,533.66 |
| TAX | 193.11 |
| TOTAL | 2,726.77 |
| BALANCE DUE | **$2,726.77** |

**Pownall Services LLC**
PO Box 312
Round Top, TX  78954
melissa@pownallservices.com

**Invoice**



**BILL TO**
Superior Silica Sands LLC
3014 Lcr 704
Kosse, TX  766533863 USA

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|-----------|------|-----------|----------|-------|----------|
| 1024 | 01/23/2019 | $3,187.16 | 02/07/2019 | Net 15 | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 01/23/2019 | | Motor Mounts | 2 | 613.02 | 1,226.04T |
| 01/23/2019 | | Bushings | 2 | 289.50 | 579.00T |
| 01/23/2019 | | Freight- Standard | | 164.50 | 164.50 |
| 01/23/2019 | | Freight- Next Day Air | | 1,068.70 | 1,068.70 |

Please note that overdue invoices are subject to finance charges.

| | |
|---|---|
| SUBTOTAL | 3,038.24 |
| TAX | 148.92 |
| TOTAL | 3,187.16 |
| BALANCE DUE | **$3,187.16** |

Submit Mailed Payments to:
Pownall Services
PO Box 312
Round Top, TX 78954

# Exhibit B



*✓ sent*

# Invoice #11737

*To: Brian M.*

**TO:** Superior Silica Sands
OK Best Mine Site
13479 East 690th Rd.
Dover, OK 73734

December 8, 2018

| Invoice | | | |
|---|---|---|---|
| Third Lane Expansion- Partial Payment | | | |
| **Quantity** | **Description** | | **Total** |
| | • Silo with Loadout Spout<br>• Scale<br>• Foundation<br><br>**Tax and Freight to be added. ** | | |
| | | **Sub-Total:** | $450,572.50 |

***Note*** This invoice is your bill. Payment is due when services are rendered unless alternative arrangements have been previously reached. No further invoices will be sent .

| | |
|---|---|
| Amount: | $450,572.50 |
| Sales Tax: | $TBA |
| Freight: | $TBA |
| **Due Now:** | **$450,572.50** |

Please note that overdue invoices are subject to finance charges.

Submit Mailed Payments to:
**Pownall Services**
**PO Box 312**
**Round Top, TX 78954**

www.pownallservices.com   harry@pownallservices.com
832-250-2746 (Mobile)  281-813-2105 (Office)
PO Box 312. Round Top, TX 78954

 

# POWNALL SERVICES

**Invoice** #11738

December 10, 2018

**TO:** Superior Silica Sands
OK Best Mine Site
13479 East 690ᵗʰ Rd.
Dover, OK 73734

| Location | PO Number | Terms | Due Date |
|---|---|---|---|
| Dover, OK Plant | | Net 30 | December 13, 2018 |

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 1 | Feeder Bin | 52,588.50 | $52,588.50 |
| | | | |
| | **Sub-Total:** | | $52,588.50 |

Please note that overdue invoices are subject to finance charges.

Submit Mailed Payments to:
**Pownall Services**
**PO Box 312**
**Round Top, TX 78954**

| | |
|---|---|
| Amount: | $52,588.50 |
| Sales Tax: | $3,023.84 |
| Freight | $5,558.00 |
| **TOTAL:** | **$61,170.34** |

**Pownall Services LLC**
PO Box 312
Round Top, TX  78954
melissa@pownallservices.com

# Invoice



**BILL TO**
Superior Silica Sands
13479 E. 690th Rd.
Dover, OK 73734

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1019 | 01/22/2019 | $124,213.95 | 02/06/2019 | Net 15 | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 01/22/2019 | **Sales** | Partial Bucket Elevator Install and Support Leg and Tail Sensors | 1 | 117,460.00 | 117,460.00T |
| 01/22/2019 | | Freight to be Added | | | |

Please note that overdue invoices are subject to finance charges.

| | |
|---|---|
| SUBTOTAL | 117,460.00 |
| TAX | 6,753.95 |
| TOTAL | 124,213.95 |
| BALANCE DUE | **$124,213.95** |

Submit Mailed Payments to:
Pownall Services
PO Box 312
Round Top, TX 78954

**Pownall Services LLC**
PO Box 312
Round Top, TX 78954
melissa@pownallservices.com

# Invoice



**BILL TO**
Superior Silica Sands
13479 E. 690th Rd.
Dover, OK 73734

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|-----------|------|-----------|----------|-------|----------|
| 1020 | 01/22/2019 | $25,243.78 | 02/06/2019 | Net 15 | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 01/22/2019 | | (600) Baghouse Bags | | 23,370.00 | 23,370.00T |
| 01/22/2019 | **Freight** | Freight | 1 | 530.00 | 530.00 |

Please note that overdue invoices are subject to finance charges.

| | |
|---|---|
| SUBTOTAL | 23,900.00 |
| TAX | 1,343.78 |
| TOTAL | 25,243.78 |
| BALANCE DUE | **$25,243.78** |

Submit Mailed Payments to:
Pownall Services
PO Box 312
Round Top, TX 78954

**Pownall Services LLC**
PO Box 312
Round Top, TX  78954
melissa@pownallservices.com

# Invoice



**BILL TO**
Superior Silica Sands
Superior Silica Sands
13479 E. 690th Rd.
Dover, OK 73734

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1021 | 01/23/2019 | $22,210.63 | 02/07/2019 | Net 15 | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 01/23/2019 | | (4) Bin Level Indicators and Mounting Brackets and Belt Scale for Tunnel Conveyor | | 20,637.00 | 20,637.00T |
| 01/23/2019 | **Freight** | Freight | 1 | 387.00 | 387.00 |

Please note that overdue invoices are subject to finance charges.

| | |
|---|---|
| SUBTOTAL | 21,024.00 |
| TAX | 1,186.63 |
| TOTAL | 22,210.63 |
| BALANCE DUE | **$22,210.63** |

Submit Mailed Payments to:
Pownall Services
PO Box 312
Round Top, TX 78954

**Pownall Services LLC**
PO Box 312
Round Top, TX  78954
melissa@pownallservices.com

**Invoice**



**BILL TO**
Superior Silica Sands
13479 E. 690th Rd.
Dover, OK 73734

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|-----------|------|-----------|----------|-------|----------|
| 1022 | 01/23/2019 | $444,742.20 | 02/07/2019 | Net 15 | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 01/23/2019 | | Third Lane Expansion-<br>Elevator Foundation- North End<br>Retaining Wall- South End<br>Fan Foundation<br>Transformer Foundation | | 420,560.00 | 420,560.00T |

Please note that overdue invoices are subject to finance charges.

| | |
|---|---|
| SUBTOTAL | 420,560.00 |
| TAX | 24,182.20 |
| TOTAL | 444,742.20 |
| BALANCE DUE | **$444,742.20** |

Submit Mailed Payments to:
Pownall Services
PO Box 312
Round Top, TX 78954