# EXHIBIT B

# Mechanic's Lien

I-2019-003003  Book 3218  Pg: 520
04/05/2019   2:49 pm   Pg 0520-0532
Fee:   $ 39.00      Doc:    $ 0.00
Jeannie Boevers - Kingfisher County Clerk
State of Oklahoma

## MECHANIC OR MATERIALMAN'S LIEN STATEMENT

STATE OF TEXAS

COUNTY OF Fayette   SS.

KNOW ALL MEN BY THESE PRESENTS:

That Pownall Services LLC, at P.O. Box 312 Round Top, Texas 78954, by and through Mr. Harry Pownall, duly authorized representative and Managing Partner, pursuant to 42 O.S. Sec. 141, et seq., has and claims a lien upon the land, the building(s), the appurtenances and improvements, the processing facilities and trade fixtures thereon or therein, as located and situated at E0690 Road, Dover, Oklahoma 73734, in the County of Kingfisher, State of Oklahoma, and more particularly described as:

The South 1320.00 Feet of the East 1320 feet of the Southwest Quarter of Section 20, Township 18 North, Range 7 West of the Indian Meridian, Kingfisher County, Oklahoma, being more particularly described as follows:

Begin at the South Quarter corner of said Section 20; thence South 88 degrees 49 feet 47 inches West, along the South line of the Southwest Quarter of said Section 20, a distance of 1320.00 feet; thence North 00 degrees 50 feet 44 inches West a distance of 1320.00 feet; thence North 88 degrees 49 feet 47 inches East, a distance of 1320.00 feet to a point on the East line of the Southwest Quarter of said Section 20; thence South 00 degrees 50 feet 44 inches East along said East line a distance of 1320.00 feet to the point of beginning.

That the land, the buildings(s), the appurtenances and improvements thereon or therein, and the processing facilities and trade fixtures thereon or therein, are owned by Superior Silica Sands, LLC, 5600 Clearfork Main Street, Suite 400, Ft. Worth, Texas 76109, being the owner of the land, the appurtenances and improvements and the processing facilities and trade fixtures thereon or therein, and against which Pownall Services LLC claims a lien, and that the property is presently owned of record by Superior Silica Sands, LLC.

That the amount of the lien claimed totals $1,598,738.31 as of February 20th, 2019, plus accruing interest, all filing costs, and accrued and accruing legal expenses;

That on or about June 20th, 2018 through February 5th, 2019, Pownall entered into an agreement and/or contract with Superior Silica Sands, LLC to perform labor, to furnish material and proved an furnish services to be used on and for the benefit of the land, the building(s), the appurtenances and all improvements, processing facilities and trade fixtures thereon or therein; See Exhibit "A" for description of the labor, materials and services furnished and provided;

That pursuant to the agreement and / or contract with Superior Silica Sands, LLC, Pownall Services LLC performed labor and furnished materials and services used on or for the land, buildings, the appurtenances, and improvements, processing facilities and trade fixtures thereon or therein, for which the land is more as fully described heretoabove ;

I-2019-003003  Book 3218  Pg: 521
04/05/2019   2:49 pm   Pg 0520-0532
Fee:    $ 39.00     Doc:    $ 0.00
Jeannie Boevers - Kingfisher County Clerk
State of Oklahoma

That the date upon which the labor last performed and/or materials furnished, was on or about February 5th, 2019 and that this lien statement has been filed with the county clerk within ninety (90) days of said date;

That Pownall Services LLC has attached and makes a part of this lien statement an affidavit regarding the pre-lien notice to Superior Silica Sands, LLC 5600 Clearfork Main Street, Suite 400, Fort Worth, Texas 76109, marked as Exhibit "B" hereto, mailed to the last known address of Property Owner;

That said sum is just, due and unpaid, and that Pownall Services LLC claims and has a lien upon the land, the building(s), the appurtenances and the improvements, the processing facilities and trade fixtures thereon or therein as described above, and against Superior Silica sands, LLC, in the amount of $1,598,738.31, which is owed as of February 20th, 2019, together with accruing interest, legal fees and costs, according to the laws of the State of Oklahoma.

DATED this __4th__ day of ~~March~~ April, 2019.

BY: Mr. Harry Pownall, Managing Partner

Pownall Services LLC

State of Texas

County of Fayette

Subscribed and sworn to before me on this 4th day of April 2019, by Harry Pownall, Managing Partner and duly Authorized Representative of Pownall Service, LLC.

(Seal) 

_____
Notary Public's Signature

CHRISTOPHER COUFAL
Notary Public, State of Texas
Notary ID# 12617009-8
My Commission Expires
JULY 3, 2019

I-2019-003003  Book 3218  Pg: 522
04/05/2019   2:49 pm   Pg 0520-0532
Fee:    $ 39.00      Doc:    $ 0.00
Jeannie Boevers - Kingfisher County Clerk
State of Oklahoma

| | |
|---|---:|
| $ | 316,600.00 |
| $ | 450,572.50 |
| $ | 61,170.34 |
| $ | 124,213.95 |
| $ | 25,243.78 |
| $ | 22,210.63 |
| $ | 444,742.20 |
| $ | 149,404.93 |
| $ | 4,579.98 |
| $ | 1,598,738.31 |



EXHIBIT A

I-2019-003003  Book 3218  Pg: 523
04/05/2019  2:49 pm  Pg 0520-0532
Fee:   $ 39.00   Doc:   $ 0.00
Jeannie Boevers - Kingfisher County Clerk
State of Oklahoma


**POWNALL SERVICES**

# Invoice #11687R

**TO:** Superior Silica Sands
OK Best Mine Site

June 20, 2018

**PO # 18-38**

| Quantity | Description |
|---|---|
| 1 | 250'x100'x60' Building- Installed with:<br>- Two (2) 100'x100' Bays<br>- With three (3) sides having 12' walls that are 80'x100' and the fourth side with 3' |
| 8 | Slab on Grade<br>- With tunnel 400 tph (approximately 250' long) and tunnel conveyor to feed bucket elevator |
| 2 | In-floor drive over hoppers with pneumatic gates. |
| 2 | Product Belts to feed bins<br>- 200tph. One belt at approx. 100' and one belt at approx. 200' |
| 2 | 12'x24' barrel silos and cone with Bintop Dust collectors and load-out spouts.<br><br>Drive-through structures for silos.<br><br>*** Installation only.<br>- NO Electrical or site work.<br>- Pricing figured on continuous work (single move-in).<br><br>**Terms:**<br>- 30% payment with receipt of order<br>- 30% due in 30 days<br>- 35% due when construction starts<br>- Balance due 30 days after install |

**Sub-Total: $3,362,000.00**

Please note that overdue invoices are subject to finance charges.

**Submit Mailed Payments to:**
**Pownall Services**
**PO Box 312**
**Round Top, TX 78954**

| | |
|---|---|
| Amount: | $3,362,000.00 |
| Sales Tax: | $277,365.00 |
| **TOTAL:** | **$3,639,365.00** |

www.pownallservices.com   harry@pownallservices.com
832-250-2746 (Mobile)  281-813-2105 (Office)  832-532-7551 (Fax)
PO Box 312. Round Top, TX 78954

  

I-2019-003003  Book 3218  Pg: 524
04/05/2019   2:49 pm  Pg 0520-0532
Fee:   $ 39.00      Doc:    $ 0.00
Jeannie Boevers - Kingfisher County Clerk
State of Oklahoma

# Invoice #11737

To: Brian M.

**TO:** Superior Silica Sands
OK Best Mine Site
13479 East 690th Rd.
Dover, OK 73734

December 8, 2018

| Invoice | | | |
|---|---|---|---|
| Third Lane Expansion- Partial Payment | | | |
| Quantity | Description | | Total |
| | • Silo with Loadout Spout<br>• Scale<br>• Foundation<br><br>**Tax and Freight to be added.** | | |
| | | Sub-Total: | $450,572.50 |
| ***Note*** This invoice is your bill. Payment is due when services are rendered unless alternative arrangements have been previously reached. No further invoices will be sent. | | Amount:<br>Sales Tax:<br>Freight: | $450,572.50<br>$TBA<br>$TBA |
| | | **Due Now:** | **$450,572.50** |

Please note that overdue invoices are subject to finance charges.

**Submit Mailed Payments to:**
**Pownall Services**
**PO Box 312**
**Round Top, TX 78954**

www.pownallservices.com   harry@pownallservices.com
832-250-2746 (Mobile)  281-813-2105 (Office)
PO Box 312, Round Top, TX 78954

I-2019-003003  Book 3218  Pg: 525
04/05/2019   2:49 pm   Pg 0520-0532
Fee:   $ 39.00    Doc:    $ 0.00
Jeannie Boevers - Kingfisher County Clerk
State of Oklahoma

# Invoice #11738

December 10, 2018

**TO:** Superior Silica Sands
OK Best Mine Site
13479 East 690th Rd.
Dover, OK 73734

| Location | PO Number | Terms | Due Date |
|---|---|---|---|
| Dover, OK Plant | | Net 30 | December 13, 2018 |

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 1 | Feeder Bin | 52,588.50 | $52,588.50 |
| | Sub-Total: | | $52,588.50 |

Please note that overdue invoices are subject to finance charges.

**Submit Mailed Payments to:**
**Pownall Services**
**PO Box 312**
**Round Top, TX 78954**

| | |
|---|---|
| Amount: | $52,588.50 |
| Sales Tax: | $3,023.84 |
| Freight | $5,558.00 |
| **TOTAL:** | **$61,170.34** |

www.pownallservices.com   harry@pownallservices.com
832-250-2746 (Mobile)  281-813-2105 (Office)
PO Box 312. Round Top, TX 78954

I-2019-003003  Book 3218  Pg: 526
04/05/2019   2:49 pm   Pg 0520-0532
Fee:   $ 39.00     Doc:    $ 0.00
Jeannie Boevers - Kingfisher County Clerk
State of Oklahoma

**Pownall Services LLC**
PO Box 312
Round Top, TX  78954
melissa@pownallservices.com

# Invoice

**BILL TO**
Superior Silica Sands
Superior Silica Sands
13479 E. 690th Rd.
Dover, OK 73734

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1021 | 01/23/2019 | $22,210.63 | 02/07/2019 | Net 15 | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 01/23/2019 | | (4) Bin Level Indicators and Mounting Brackets and Belt Scale for Tunnel Conveyor | | 20,637.00 | 20,637.00T |
| 01/23/2019 | Freight | Freight | 1 | 387.00 | 387.00 |

Please note that overdue invoices are subject to finance charges.

| | |
|---|---|
| SUBTOTAL | 21,024.00 |
| TAX | 1,186.63 |
| TOTAL | 22,210.63 |
| BALANCE DUE | **$22,210.63** |

Submit Mailed Payments to:
Pownall Services
PO Box 312
Round Top, TX 78954

**Pownall Services LLC**
PO Box 312
Round Top, TX  78954
melissa@pownallservices.com

Invoice

I-2019-003003  Book 3218  Pg: 527
04/05/2019   2:49 pm   Pg 0520-0532
Fee:    $ 39.00   Doc:    $ 0.00
Jeannie Boevers - Kingfisher County Clerk
State of Oklahoma

**BILL TO**
Superior Silica Sands
13479 E. 690th Rd.
Dover, OK 73734

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1022 | 01/23/2019 | $444,742.20 | 02/07/2019 | Net 15 | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 01/23/2019 | | Third Lane Expansion-<br>Elevator Foundation- North End<br>Retaining Wall- South End<br>Fan Foundation<br>Transformer Foundation | | 420,560.00 | 420,560.00T |

Please note that overdue invoices are subject to finance charges.

SUBTOTAL    420,560.00
TAX         24,182.20
TOTAL       444,742.20
BALANCE DUE    $444,742.20

Submit Mailed Payments to:
Pownall Services
PO Box 312
Round Top, TX 78954

**Pownall Services LLC**
PO Box 312
Round Top, TX 78954
melissa@pownallservices.com

**Invoice**

I-2019-003003  Book 3218  Pg: 528
04/05/2019  2:49 pm  Pg 0520-0532
Fee:  $ 39.00  Doc:  $ 0.00
Jeannie Boevers - Kingfisher County Clerk
State of Oklahoma

**BILL TO**
Superior Silica Sands
13479 E. 690th Rd.
Dover, OK 73734

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1019 | 01/22/2019 | $124,213.95 | 02/06/2019 | Net 15 | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 01/22/2019 | Sales | Partial Bucket Elevator Install and Support Leg and Tail Sensors | 1 | 117,460.00 | 117,460.00T |
| 01/22/2019 | | Freight to be Added | | | |

Please note that overdue invoices are subject to finance charges.

SUBTOTAL  117,460.00
TAX  6,753.95
TOTAL  124,213.95
BALANCE DUE  **$124,213.95**

Submit Mailed Payments to:
Pownall Services
PO Box 312
Round Top, TX 78954

**Pownall Services LLC**
PO Box 312
Round Top, TX 78954
melissa@pownallservices.com

# Invoice

I-2019-003003  Book 3218  Pg: 529
04/05/2019   2:49 pm   Pg 0520-0532
Fee:   $ 39.00   Doc:   $ 0.00
Jeannie Boevers - Kingfisher County Clerk
State of Oklahoma

**BILL TO**
Superior Silica Sands
13479 E. 690th Rd.
Dover, OK 73734

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1020 | 01/22/2019 | $25,243.78 | 02/06/2019 | Net 15 | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 01/22/2019 | | (600) Baghouse Bags | | 23,370.00 | 23,370.00T |
| 01/22/2019 | Freight | Freight | 1 | 530.00 | 530.00 |

Please note that overdue invoices are subject to finance charges.

SUBTOTAL   23,900.00
TAX        1,343.78
TOTAL      25,243.78
BALANCE DUE   **$25,243.78**

Submit Mailed Payments to:
Pownall Services
PO Box 312
Round Top, TX 78954

I-2019-003003  Book 3218  Pg: 530
04/05/2019   2:49 pm   Pg 0520-0532
Fee:   $ 39.00   Doc:   $ 0.00
Jeannie Boevers - Kingfisher County Clerk
State of Oklahoma

# Invoice

**Pownall Services LLC**
PO Box 312
Round Top, TX 78954
melissa@pownallservices.com



**BILL TO**
Superior Silica Sands
13479 E. 690th Rd.
Dover, OK 73734

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1025 | 02/05/2019 | $149,404.93 | 02/05/2019 | Due on receipt | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/05/2019 | Freight | Freight of Materials and Equipment- Dover Plant | 1 | 149,404.93 | 149,404.93 |

Please note that overdue invoices are subject to finance charges.

**BALANCE DUE**         **$149,404.93**

Submit Mailed Payments to:
Pownall Services
PO Box 312
Round Top, TX 78954

I-2019-003003  Book 3218  Pg: 531
04/05/2019  2:49 pm  Pg 0520-0532
Fee:  $ 39.00    Doc:  $ 0.00
Jeannie Boevers - Kingfisher County Clerk
State of Oklahoma

**Pownall Services LLC**
PO Box 312
Round Top, TX 78954
melissa@pownallservices.com

# Invoice



**BILL TO**
Superior Silica Sands
13479 E. 690th Rd.
Dover, OK 73734

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1026 | 02/06/2019 | $4,579.98 | 02/06/2019 | Due on receipt | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/06/2019 | | Conex Box | | | 4,330.95T |

Please note that overdue invoices are subject to finance charges.

|  |  |
|---|---|
| SUBTOTAL | 4,330.95 |
| TAX | 249.03 |
| TOTAL | 4,579.98 |
| **BALANCE DUE** | **$4,579.98** |

Submit Mailed Payments to:
Pownall Services
PO Box 312
Round Top, TX 78954