**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Emerge Energy Services, LP, *et al.*, | Case No. 19-11563 (KBO) |
| Debtors. | Jointly Administered |
| Pownall Services, LLC, |  |
| Plaintiff, |  |
| v. |  |
| Superior Silica Sands LLC, and HPS Investment Partners, LLC, | Adversary Proceeding No. 19-50295 (KBO) |
| Defendants. |  |

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

　　　　Address of Clerk:  824 Market Street, 3rd Floor
　　　　　　　　　　　　　Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the Plaintiff's attorney.

| | |
|---|---|
| Lucian B. Murley, Esquire | Santos Vargas, Esquire |
| Saul Ewing Arnstein & Lehr LLP | Caroline Newman Small, Esquire |
| 1201 North Market Street, Suite 2300 | Davis & Santos P.C. |
| P.O. Box 1266 | 719 S. Flores Street |
| Wilmington, DE  19899 | San Antonio, TX 78204 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| *Address*: | *Date and Time*: |
| U.S. Bankruptcy Court | **October 15, 2019 at 10:00 a.m.** |
| 824 Market Street, 6th Floor | |
| Wilmington, DE  19801 | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy Court**
**for the District of Delaware**

Date:  August 16, 2019

　　　　　　　　　　　　　　　　　　　　　　　/s/ Una O'Boyle
　　　　　　　　　　　　　　　　　　　　　　*Clerk of the Bankruptcy Court*

35784836.1 8/16/19