FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :   Chapter 11
                                                           :
EMERGE ENERGY SERVICES, LP,                                :   Case No. 19-11563 (KBO)
                                                           :
         Reorganized Debtor.[1]                       :
                                                           :
                                                           :
---------------------------------------------------------- X
POWNALL SERVICES, LLC,                                     :
                                                           :
         Plaintiff,                                  :
        v.                                             :   Adversary Proceeding No. 19-50295 (KBO)
                                                           :
SUPERIOR SILICA SANDS LLC, and                             :
HPS INVESTMENT PARTNERS, LLC,                              :   Re: Docket No. 17
                                                           :
         Defendant.                                  :
---------------------------------------------------------- x

**ORDER DISMISSING ADVERSARY COMPLAINT**
**FILED BY POWNALL SERVICES, LLC**

Upon consideration of the *Certification of Counsel Regarding Order Dismissing Adversary Complaint Filed by Pownall Services, LLC* (the "**Certification of Counsel**");[2] and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and (iv) good and sufficient cause exists for the relief granted herein;

---

[1]    The Reorganized Debtor in this case, along with the last four digits of the Reorganized Debtor's federal tax identification number, is Emerge Energy Services LP (2937). The Reorganized Debtor's address is 6500 West Freeway, Suite 800, Fort Worth, Texas 76116.

[2]    Capitalized terms not otherwise defined herein have the meanings given to them in the Certification of Counsel.

RLF1 26936606v.2

**IT IS HEREBY ORDERED THAT:**

1. The Pownall Adversary Complaint is dismissed with prejudice in accordance with the terms of the Stipulation.

2. Entry of this Order shall not affect or otherwise modify the terms of the Stipulation.

3. The adversary proceeding's docket shall be marked as "Closed."

4. The Clerk of the Court is authorized to take any actions necessary to effectuate the relief granted herein.

5. This Order shall be effective and enforceable immediately upon its entry.

6. The Court retains jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: March 18th, 2022
Wilmington, Delaware

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**