# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 3/18/2022 |
| Case: 19−50295−KBO | Form ID: pdfodc | Total: 10 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Caroline Neman Small | csmall@dslawpc.com |
| aty | Laura Davis Jones | ljones@pszjlaw.com |
| aty | Lucian Borders Murley | luke.murley@saul.com |
| aty | Russell C. Silberglied | silberglied@rlf.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| dft | Superior Silica Sands LLC | 6500 West Freeway | Suite 800 | Fort Worth, TX 76116 |
| dft | HPS Investment Partners, LLC | 40 West 57th Street, 33rd Floor | | New York, NY 10019 |
| aty | Caroline Newman Small | Davis & Santos P.C. | 719 S. Flores Street | San Antonio, TX 78204 |
| aty | Santos Vargas | Davis & Santos P.C. | 719 S. Flores Street | San Antonio, TX 78204 |
| ust | U.S. Trustee | Office of the United States Trustee | J. Caleb Boggs Federal Building | 844 King Street, Suite 2207   Lockbox 35   Wilmington, DE 19801 |
| ust | U.S. Trustee | Office of United States Trustee | J. Caleb Boggs Federal Building | 844 King Street, Suite 2207   Lockbox 35   Wilmington, DE 19899−0035 |

TOTAL: 6